# Exhibit A

December 24th, 2017

To the Honorable Judge,

We are the children of Stanislav Nazarov.

We miss our father very much in this hard period we are going through without him. The happiness, the laugh, the hugs, the smile and all the love of our father is missing.

His morning calls, the joy, the funny dances, the family gathering in the living room – all of this is gone. Without him our life looks totally different.

We have the option to hear him for 2 minutes over phone call once a week.

Since he was taken from us, our house became sad and much more quiet.

No one of us has ever imagined that our father will be taken from us for such a long period.

Each time they tell us there is a chance the procedure will be shorter and his coming home is close, it doesn't happen eventually. The period is getting longer and longer and together with it our pain and suffer become bigger.

Everyone at home are sad. Or father's sister was hospitalized several times due to depressions and non stop crying. Our grandmother is very sick and ever since our father is gone, she is getting worse and she keeps crying that she wants to see him.

Our little ones keep asking "where is daddy?". After each call that we have with our father over phone, our little brother takes the phone and asks him when he is coming back although there no one at the other side of the line.

We prey everyday all day for his coming back home.

Our father is very important at our family and in our house. He is a special person that always help everyone and fill everyone around with joy and love. And we miss that very much at home.

Since he is gone, birthdays and holidays are very short and sad in our house. Even if we gather together, we sit quietly in sadness and prey for his coming back.

We can not get over his absence from our lives and from our house, we miss him and need him so much.

Sincerely yours,

Michael, Ana, Daniel, Maria, Valeria, Gallia, Alecsander.

לשופט/ת שלום רב,

אנחנו, ילדיו של סטניסלב נזרוב, כותבים לך עד כמה אבא חסר לנו במשך כל התקופה הקשה שכולנו עוברים, כיוון שאבא לא כאן איתנו.

השמחות, החיבוקים, הצחוקים, הנשיקות, החיוכים וכל האהבה שאיתה אבא ממלא את כל הסובבים אותו בכל יום, איננה.

קריאות הבוקר טוב, השמחה, השירים, הריקודים המצחיקים שלנו, הישיבות המשפחתיות בסלון, קריאותיו לחיבוקים ונשיקות של געגוע אחרי יום עבודה, המצאת מתכונים חדשים ובישולים משותפים בבקרים של שבת.

כל האושר הזה איננו, כיוון שעכשיו בלעדיו הדברים נראים לגמרי אחרת, ישנה לנו אפשרות לשמוע את אבא כ- 2 דקות אך ורק דרך הפלאפון, לא יותר מפעם או פעמיים בשבוע. מאז שנילקח מאיתנו הבית הפך לעצוב והרבה יותר שקט, אף אחד לא העלה בדעתו שאבא ילקח מאיתנו לתקופה כו ארוכה. ובכל פעם שאומרים שישנו סיכוי כי התהליך יתקשר ושובו הביתה קרב, הדבר לא קורה ונדחה, כך התקופה נעשתה ארוכה יותר ועימה הכאב הופך עמוק יותר.

כולם עצובים, אחות של אבא התאשפזה מספר פעמים כיוון ששקעה בדיכאונות ובכי, סבתא מאוד חולה, ומאז שאבא איננו מצבה מחמיר ותמיד היא בוכה שרוצה לראות את בנה. הקטנטנים שלנו תמיד שואלים "מתי אבא חזור?" האח הקטן שלנו בכל פעם שלוקח את הפלאפון של אימא לשחק שואל "אבא איפה אתה?" למרות שאין אף אחד על הקו. אחותנו הקטנה שואלת אותנו "מתי אבא חוזר לעשות שוב את כולם כולם שמחים". אין יום שעובר בלי שנתעניין לשלומו ונשאל לשמוע עדכונים לשובו. אנו מצפים בכל יום, מאחלים ורוצים יותר מכל דבר שאבא שלנו יחזור חזרה הביתה בקרוב. אבא מאוד חשוב ודומיננטי בכל מקום ובעיקר בבית, במשפחה. אבא בן אדם מיוחד שעוזר וממלא את כולם באושר ואהבה שחסרה לכולנו. כל החגים וימי ההולדת, אבא הראשון שהיה דואג לאסוף את כולם ולשמוח. מאז שאיננו קרוב החגים קצרים ועצובים, לא כולם מגיעים ומי שכן יושבים לרוב בשקט, חושבים כמה חסרה רוח החג והשמחה שמביא אבא עימו בכל שנה, מעלים זיכרונות ומתפללים לשובו.

למרות שכולנו מנסים לחייך ולשמוח, האוויר התמלא בגעגוע כואב, ריק ועצוב כי אי אפשר להתגבר על מחסורו של אבא כל כך אוהב ואהוב.

מכל ילדיו של סטניסלב נזרוב, באהבה וגעגוע קשה.

שופטים נכבדים,

אנחנו ההורים של סטניסלב נזרוב, אלה ויעקוב נזרוב,

מבקשים ממכם לעזור לנו להחזיר את הבן שלנו הביתה, אנחנו בקושי הצלחנו להתגבר על העזיבה שלו לאמריקה, הנסיעה שלו לאמריקה הרחוקה והמדינה הזרה שאין שם אף אחד קרוב אשר יכול לדאוג לבנינו היקר.

אנחנו כבר שני אנשים מבוגרים וחולים ואנחנו מאוד זקוקים לו. אני אימא שלו אלה נזרובה חולה במחלה אנקולוגית (סרטן-מילנומה). המחלה מאוד קשה והטיפול מאוד איטי, המחלה גרמה לשיתוק ברגל ובגלל זה אני לא יכולה לצאת לשום מקום, תמיד נמצאת בבית וכל המחשבות סובבות סביב דבר אחד.

מתחננת לאלוהים לחנינה, שאלוהים יתן לי עוד קצת כוח שאצליח לחכות לבן שלי, מבקשת ממכם תחזירו אותו הביתה כמה שיותר מהר.

אבא שלו יעקוב נזרוב גם איש חולה- סובל מפרקינסון וממחלת שארקו-מארי טות (מחלה ניוונית הפוגעת במערכת העצבים, דבר המתבטא באיבוד היכולת בהפעלת שרירים) עם כל יום ויום יותר קשה לו לעמוד על הרגליים.

בבקשה תקשיבו לנו ותעזרו לנו לזרז את התהליך של החזרתו הביתה.

בכבוד רב-

נזרוב אלה ויעקוב

24.12.17