# Exhibit B

December 24th, 2017

To the Honorable Judge,

We are Ella and Yaacov Nazarov, the parents of Stanislav Nazarov.

We ask you to help us bring our son back home.

We can not get over his leaving to America. It is a far and foreign country, where there is no one close that can take after our dear son.

We are old and sick people and we need him very much.

I, Ella his mother, have cancer (melanoma). The disease is very progressive and the treatment is very hard and has little influence. The disease caused paralysis in my leg and because of that I can not go anywhere. I spend all day at home thinking only of one thing – praying to god to give me a little more strength to manage to wait alive for my son. I am asking you please to bring him home as soon as possible so I will be able to see him before I might die.

I, Yacov his father, am also sick. I have Parkinson and every day that passes it gets more difficult for me to stand on my legs.

We ask you to please listen to our prayers and requests and help us bring our son home soon.

Sincerely yours,

Ella and Yaacov Nazarov

Уважаемые судьи!

Мы родители Станислава Назарова Алла и Яков Назаровы, убедительно просим вас помочь нам вернуть нашего сына домой.

Мы с трудом перенесли отъезд его в Америку в далёкую и чужую страну, где нет никого близкого кто позаботится о нашем дорогом мальчике.

Мы уже старые и больные люди, и мы очень нуждаемся в нём.

Я его мать Алла Назарова болею онкологической болезнью (меланома) болезнь протекает очень тяжело, лечению поддаётся медленно. Болезнь поразила ногу и потому никуда не могу выйти, постоянно нахожусь у себя в квартире. Все мысли кружатся только об одном. Молю бога о милосердии, чтобы дал мне ещё немного сил дождаться моего мальчика.

Прошу вас верните его побыстрее домой!

Отец его Назаров Яков тоже человек не здоровый, страдает тяжёлыми болезнями Паркинсона и Шарко. С каждым днём ему всё тяжелей вставать на ноги.

Пожалуйста услышьте нас, помогите ускорить процесс возвращения домой нашего сына!

С уважением Назаровы
Алла и Яков.

24. 12. 17.