# Exhibit C

## The Municipality of Or Aqiva
## The General Manager Office

August 15th, 2017

**To whim it may concern**

Dear Sir,

**Re: Satnislav Nazarov, ID 309480242**

As the General Manager of the Municipality of Or Aqiva I have known the Nazarov Family as of 1992.

I had the right to get to know Stanislav during my position as the General Manager of the Municipality and during visits that I had together with the Mayor in the family's house.

Stanislav was well known as a person that gave help and assistance to anyone that turned to him with a request for help.

His contribution was not finalized with money only, but with personal and physical help as well.

As known, he is a father of 7 these days and assisted to kindergartens, gave donations to needed people and assistance to the Caucasus synagogue.

I am sure that he will be ready to give his assistance today to any request that will reach him out of just being a good and caring person for his city and its citizens.

Sincerely yours,

Rachamim Tzalach
General Manager

1 Rotschild St. Or Akiva 30600   Tel: 972-4-6108820   Faz: 972-4-6108829
Email: rachamim@oraqiva.moni.il



בס"ד

# עיריית אור עקיבא
## לשכת המנכ"ל

כ"ג באב התשע"ז
15 באוגוסט 2017

לכל המעוניין!

א.ג.נ.,

הנדון: **סטניסלב נזרוב – ת.ז. 309480242**

כמנכ"ל עיריית אור עקיבא הנני מכיר את משפחת נזרוב מאז שנת 1992.

את סטניסלב זכיתי גם להכיר במסגרת עבודתי כמנכ"ל העירייה וכן בביקורים שקיימתי עם ראש העירייה בבית המשפחה.

סטניסלב היה מוכר וידוע כאחד שמושיט עזרה ומסייע רבות לכל מי שפונה אליו.

תרומתו לא התבטאה רק בכסף אלא בעזרה אישית ופיזית.

כיום ידוע לי שהינו אבא ל-7 ילדים ובזמנו סייע לגני ילדים, תרם לנזקקים וסייע גם לבית הכנסת לעדה הקווקזית.

בטוחני שגם כיום הוא יהיה מוכן להירתם ולסייע לכל פנייה ופנייה שתופנה אליו מהיותו אדם טוב לב ופשוט ואיכפתי לגבי העיר והתושבים.



רחמים צאלח
מנכ"ל העירייה

---

רח' רוטשילד 1, אור עקיבא 30600 טל: 04-6108820/819, פקס: 04-6108829
דוא"ל: galit_h@oraqiva.muni.il * rachamim@oraqiva.moni.il